511 F.2d 524
 Michael S. ROSS, Plaintiff-Appellant,
v.
The UNITED STATES ATTORNEY'S OFFICE for the CENTRAL DISTRICT
OF CALIFORNIA including Messrs. Robert C. Bonner and Michael
Sulner, Assistant and Deputy Attorney, Criminal Complaints,
Defendant-Appellee.
 No. 74--1919.
 United States Court of Appeals,
Ninth Circuit.
 Feb. 20, 1975.
 
 Michael S. Ross, in pro. per.
 Clarke A. Knicely, Asst. U.S. Atty., Los Angeles, Cal., for defendant-appellee.
 Before KOELSCH and GOODWIN, Circuit Judges, and RENFREW,* District judge.
 OPINION
 PER CURIAM:
 
 
 1
 The well-settled principle that mandamus does not lie to compel a United States District Attorney to perform a discretionary act (Inmates of Attica Correctional Facility v. Rockefeller, 477 F.2d 375 (2nd Cir. 1973)) is dispositive of this appeal.
 
 
 2
 Affirmed.
 
 
 
 *
 The Honorable Charles B. Renfrew, United States District Judge for the Northern District of California, sitting by designation